UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,                        No. C 14-5300 SI (pr)

      Plaintiff,                              **ORDER OF TRANSFER**

  v.

EDMUND G. BROWN, JR., et al.,

      Defendants.
                                  /

     Plaintiff, an inmate at the California State Prison in Lancaster, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at that prison, which is located within Los Angeles County. Los Angeles County is within the venue of the Central District of California. The only named defendant is the Governor, who apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

     IT IS SO ORDERED.

Dated: December 5, 2014

                                                        _____
                                                        SUSAN ILLSTON
                                                United States District Judge